PAUL M. WARNER, United States Attorney (#3389)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION
_____

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | | Case No. 1:05 CR 00082 TS |
| Plaintiff, | : | |
| | | POSITION OF THE UNITED STATES |
| vs. | : | WITH RESPECT TO SENTENCING FACTORS |
| CHARLES LAMAR NESS, | : | |
| | | JUDGE Ted Stewart |
| Defendant. | : | |
| | : | |

_____

Pursuant to DUCrimR 32-1(b), the United States of America states that it disputes no sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 13th day of December, 2005.

                              PAUL M. WARNER
                              United States Attorney


                              /s/ Karin M. Fojtik_____
                              KARIN M. FOJTIK
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was provided to the following parties named below this 13th day of December, 2005:

Robert M. Archuleta
333 South Denver Street
Salt Lake City, UT  84101

Glen Manross
United States Probation Officer
160 U. S. Courthouse
350 South Main Street
Salt Lake City, Utah 84101

/s/ Janet S. Larson